UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
CASE NO.:17-24081-CIV-WILLIAMS

OMELIA DEL ROSARIO GUTIERRZ,
ANA M. CASTILLO, and all others
similarly situated under 29 USC 216(b),
        Plaintiff,
vs.

GALIANO ENTERPRISES OF MIAMI, CORP.,
d/b/a GALIANO RESTAURANT, and
SULTAN MAMUN,
        Defendants,
_____/

## NOTICE OF APPEARANCE

The Arthur Firm, PL, a law firm, hereby enters its appearance as counsel of record for DEFENDANTS GALIANO ENTERPRISES OF MIAMI CORP and SULTAN MAMUN, in the above-styled action and further requests that copies of all further pleadings and papers served upon said DEFENDANTS be forwarded to:

Arthur J Jones, Esq
The Arthur Firm, PL
Suite 1250, 4770 Biscayne Boulevard
Miami, Fl 33137
Phone: 305.330.6696; Fax: 305.397.0315
thearthurfirm@gmail.com

DATED: DECEMBER 4, 2017.

        Respectfully submitted,

    By:    /S/ARTHUR J JONES_____

>Arthur J. Jones, Esq.
>Florida Bar No. 709247
>THE ARTHUR FIRM, P.L.
>Suite 1250, 4770 Biscayne Boulevard
>Miami, FL 33137
>T: (305) 330.6696
>F: (305) 397.0315
>thearthurfirm@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on DECEMBER 4, 2017, I electronically filed the foregoing document with the Clerk of the US Court suing CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for the counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>_/S/ARTHUR J JONES_____
>Arthur J. Jones, Esq.