UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24081-CIV-KMW

OMELIA DEL ROSARIO GUTIERREZ,   )
ANA M CASTILLO, and all others similarly   )
situated under 29 U.S.C. 216(b)   )
              )
    Plaintiff,   )
 vs.   )
              )
GALIANO ENTERPRISES OF MIAMI,   )
CORP., d/b/a GALIANO RESTAURANT   )
SULTAN MAMUN,   )
              )
    Defendants.   )
_____   )

## PLAINTIFFS' NOTICE IN COMPLIANCE WITH [DE9]

 COMES NOW the Plaintiffs, by and through the undersigned, and files the instant Notice in compliance with the Court's Order [DE9] and notices the Court that Defendants were served, by and through their counsel, with a copy of the Court's Order [DE9], Plaintiffs' Statement of Claim and as per the requirements of [DE9] on December 5, 2017.

            Respectfully submitted,

            J. H. ZIDELL, P.A.
            ATTORNEYS FOR PLAINTIFF
            300-71ST STREET, SUITE 605
            MIAMI BEACH, FLORIDA 33141
            305-865-6766
            305-865-7167

            By:_s/ Neil Tobak, Esq. ___
             Neil Tobak, Esquire
             Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 12/5/17 TO:**

**Arthur Jonathan Jones**
**Arthur Firm PL**
**4770 Biscayne Boulevard**
**Suite 1250**
**Miami, FL 33137**
**305-330-6696**
**Fax: 305-397-0315**
**Email: the.arthur.firm@gmail.com**

**BY:___/s/___Neil Tobak_____**
       **NEIL TOBAK, ESQ.**