UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
CASE NO.:17-24081-CIV-WILLIAMS

OMELIA DEL ROSARIO GUTIERRZ,
ANA M. CASTILLO, and all others
similarly situated under 29 USC 216(b),
      Plaintiff,
vs.

GALIANO ENTERPRISES OF MIAMI, CORP.,
d/b/a GALIANO RESTAURANT, and
SULTAN MAMUN,
      Defendants,
_____/

## DEFENDANT GALIANO'S RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

COMES NOW DEFENDANT GALIANI ENTERPRISES OF MIAMI CORP to file its charted Response to Plaintiffs' Statements of Claim, and in doing so provides the following chart in compliance with the Court's Notice of Court Practices in FLSA Cases:

### IN RE: OMELIA GUTIERREZ

| Work Week | # of Days | # of Hours | Wages | Tips | Total Paid |
|---|---|---|---|---|---|
| July 2015 05-11 | 3 | 15 | $ 80.00 | $ 65.00 | **$ 145.00** |
| July 2015 12-18 | 4 | 17 | $ 90.00 | $ 90.00 | **$ 180.00** |
| July 2015 19-25 | 3 | 15 | $ 80.00 | $ 65.60 | **$ 145.60** |
| July 2015 26- Aug. 1 | 2 | 10 | $ 60.00 | $ 45.75 | **$ 105.75** |
| Aug. 2015 02-08 | 4 | 16 | $ 90.00 | $ 70.50 | **$ 160.50** |
| Aug. 2015 09-15 | 4 | 17 | $ 90.00 | $ 100.00 | **$ 190.00** |
| Aug. 2015 16-22 | 3 | 12 | $ 70.00 | $ 65.00 | **$ 135.00** |
| Aug. 2015 23-29 | 4 | 16 | $ 90.00 | $ 75.00 | **$ 165.00** |
| Aug. 2015 30 - Sept. 5 | 4 | 17 | $ 90.00 | $ 95.00 | **$ 185.00** |
| Sept. 2015 06-12 | 3 | 15 | $ 80.00 | $ 70.00 | **$ 150.00** |
| Sept. 2015 13-19 | 4 | 16 | $ 90.00 | $ 98.00 | **$ 188.00** |

| Week | | | | | |
|---|---|---|---|---|---|
| Sept. 2015 20-26 | 3 | 15 | $ 80.00 | $ 89.00 | $ **169.00** |
| Sept. 2015 27- Oct. 3 | 3 | 15 | $ 80.00 | $ 78.00 | $ **158.00** |
| Oct. 2015 4-10 | 4 | 16 | $ 90.00 | $ 60.00 | $ **150.00** |
| Oct. 2015 11-17 | 4 | 17 | $ 90.00 | $ 90.00 | $ **180.00** |
| Oct. 2015 18-24 | 4 | 16 | $ 90.00 | $ 112.00 | $ **202.00** |
| Oct. 2015 25-31 | 2 | 10 | $ 60.00 | $ 60.00 | $ **120.00** |
| Nov. 2015 01-07 | 4 | 16 | $ 90.00 | $ 105.00 | $ **195.00** |
| Nov. 2015 08-14 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| Nov. 2015 15-21 | 3 | 15 | $ 80.00 | $ 90.00 | $ **170.00** |
| Nov. 2015 22-28 | 4 | 16 | $ 90.00 | $ 100.00 | $ **190.00** |
| Nov. 2015 29- Dec. 5 | 4 | 17 | $ 90.00 | $ 101.00 | $ **191.00** |
| Dec. 2015 06-12 | 4 | 17 | $ 90.00 | $ 98.00 | $ **188.00** |
| Dec. 2015 13-19 | 3 | 15 | $ 90.00 | $ 70.00 | $ **160.00** |
| Dec. 2015 20-26 | 4 | 17 | $ 90.00 | $ 99.00 | $ **189.00** |
| Dec. 2015 27- Jan. 2 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| Jan. 2016 03-09 | 3 | 15 | $ 80.00 | $ 72.00 | $ **152.00** |
| Jan. 2016 10-16 | 4 | 17 | $ 90.00 | $ 102.00 | $ **192.00** |
| Jan. 2016 17-23 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| Jan. 2016 24-30 | 4 | 17 | $ 90.00 | $ 120.00 | $ **210.00** |
| Jan. 2016 31 - Feb 6 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| Feb. 2016 07-13 | 4 | 17 | $ 90.00 | $ 99.00 | $ **189.00** |
| Feb. 2016 14-20 | 4 | 17 | $ 90.00 | $ 103.00 | $ **193.00** |
| Feb. 2016 21-27 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| Feb. 2016 28 - Mar. 5 | 4 | 17 | $ 90.00 | $ 150.00 | $ **240.00** |
| Mar. 2016 06-12 | 3 | 12 | $ 70.00 | $ 92.00 | $ **162.00** |
| Mar. 2016 13-19 | 4 | 17 | $ 90.00 | $ 130.00 | $ **220.00** |
| Mar. 2016 20-26 | 3 | 15 | $ 80.00 | $ 80.00 | $ **160.00** |
| Mar. 2016 27- Apr. 2 | 3 | 15 | $ 80.00 | $ 88.00 | $ **168.00** |
| Apr. 2016 03-09 | 4 | 17 | $ 90.00 | $ 92.00 | $ **182.00** |
| Apr. 2016 10-16 | 4 | 16 | $ 90.00 | $ 100.00 | $ **190.00** |
| Apr. 2016 17-23 | 4 | 16 | $ 90.00 | $ 100.00 | $ **190.00** |
| Apr. 2016 24-30 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| May 2016 01-07 | 3 | 15 | $ 80.00 | $ 99.00 | $ **179.00** |
| May 2016 08-14 | 3 | 15 | $ 80.00 | $ 100.00 | $ **180.00** |
| May 2016 15-21 | 3 | 15 | $ 80.00 | $ 100.00 | $ **180.00** |
| May 2016 22-28 | 3 | 15 | $ 80.00 | $ 100.00 | $ **180.00** |
| May 2016 29 - Jun 4 | 3 | 15 | $ 80.00 | $ 100.00 | $ **180.00** |
| Jun. 2016 05-11 | 3 | 15 | $ 80.00 | $ 121.00 | $ **201.00** |
| Jun. 2016 12-18 | 3 | 15 | $ 80.00 | $ 120.00 | $ **200.00** |
| Jun. 2016 19-25 | 4 | 17 | $ 90.00 | $ 115.00 | $ **205.00** |
| Jun. 2016 26 - Jul. 2 | 4 | 17 | $ 90.00 | $ 121.00 | $ **211.00** |

| | | | | | |
|---|---|---|---|---|---|
| Jul. 2016 03-09 | 3 | 15 | $ 80.00 | $ 90.00 | **$ 170.00** |
| Jul. 2016 10-16 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Jul. 2016 17-23 | 4 | 17 | $ 90.00 | $ 150.00 | **$ 240.00** |
| Jul. 2016 24-30 | 3 | 15 | $ 80.00 | $ 113.00 | **$ 193.00** |
| Aug. 2016 01-06 | 3 | 15 | $ 80.00 | $ 85.00 | **$ 165.00** |
| Aug. 2016 07-13 | 4 | 17 | $ 90.00 | $ 99.00 | **$ 189.00** |
| Aug. 2016 14-20 | 4 | 17 | $ 90.00 | $ 105.00 | **$ 195.00** |
| Aug. 2016 21-27 | 3 | 15 | $ 80.00 | $ 100.00 | **$ 180.00** |
| Aug. 2016 28 - Sept. 3 | 3 | 15 | $ 80.00 | $ 105.00 | **$ 185.00** |
| Sept. 2016 04-10 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Sept. 2016 11-17 | 4 | 17 | $ 90.00 | $ 130.00 | **$ 220.00** |
| Sept. 2016 18-24 | 3 | 15 | $ 80.00 | $ 78.00 | **$ 158.00** |
| Sept. 2015 25 - Oct. 1 | 3 | 15 | $ 80.00 | $ 130.00 | **$ 210.00** |
| Oct. 2016 02-08 | 4 | 17 | $ 90.00 | $ 105.00 | **$ 195.00** |
| Oct. 2016 09-15 | 4 | 16 | $ 90.00 | $ 100.00 | **$ 190.00** |
| Oct. 2016 16-22 | 4 | 16 | $ 90.00 | $ 95.00 | **$ 185.00** |
| Oct. 2016 23-29 | 4 | 16 | $ 90.00 | $ 90.00 | **$ 180.00** |
| Oct. 2016 30- Nov. 5 | 3 | 15 | $ 80.00 | $ 95.00 | **$ 175.00** |
| Nov. 2016 06-12 | 3 | 12 | $ 70.00 | $ 89.00 | **$ 159.00** |
| Nov. 2016 13-19 | 3 | 15 | $ 80.00 | $ 89.00 | **$ 169.00** |
| Nov. 2016 20-26 | 3 | 12 | $ 70.00 | $ 90.00 | **$ 160.00** |
| Nov. 2016 27- Dec. 3 | 4 | 17 | $ 90.00 | $ 130.00 | **$ 220.00** |
| Dec. 2016 04-10 | 4 | 17 | $ 90.00 | $ 150.00 | **$ 240.00** |
| Dec. 2016 11-17 | 4 | 16 | $ 90.00 | $ 100.00 | **$ 190.00** |
| Dec. 2016 18-24 | 3 | 15 | $ 80.00 | $ 150.00 | **$ 230.00** |
| Dec. 2016 25-31 | absent | | | | |
| Jan. 2017 01-07 | absent | | | | |
| Jan. 2017 08-14 | 4 | 17 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Jan. 2017 15-21 | 4 | 17 | $ 90.00 | $ 130.00 | **$ 220.00** |
| Jan. 2017 22-28 | 3 | 15 | $ 80.00 | $ 100.00 | **$ 180.00** |
| Jan. 2017 29- Feb. 4 | 3 | 15 | $ 80.00 | $ 98.00 | **$ 178.00** |
| Feb. 2017 05-11 | 4 | 17 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Feb. 2017 12-18 | 4 | 16 | $ 90.00 | $ 113.00 | **$ 203.00** |
| Feb. 2017 19-25 | 4 | 16 | $ 90.00 | $ 99.00 | **$ 189.00** |
| Feb. 2017 26- Mar. 4 | 3 | 12 | $ 70.00 | $ 110.00 | **$ 180.00** |
| Mar. 2017 05-11 | 3 | 12 | $ 70.00 | $ 115.00 | **$ 185.00** |
| Mar. 2017 12-18 | 4 | 16 | $ 90.00 | $ 98.00 | **$ 188.00** |
| Mar. 2017 19-25 | 4 | 17 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Mar. 2017 26- Apr. 1 | 4 | 17 | $ 90.00 | $ 160.00 | **$ 250.00** |
| Apr. 2017 02-08 | 4 | 17 | $ 90.00 | $ 150.00 | **$ 240.00** |

| Work Week | # of Days | # of Hours | Wages | Tips | Total Paid |
|---|---|---|---|---|---|
| Apr. 2017 09-15 | 3 | 15 | $ 70.00 | $ 90.00 | $ 160.00 |
| Apr. 2017 16-22 | absent | | | | |
| Apr. 2017 23-29 | 4 | 17 | $ 90.00 | $ 120.00 | $ 210.00 |
| Apr. 2017 30 - May 6 | 3 | 15 | $ 80.00 | $ 95.00 | $ 175.00 |
| May 2017 07-13 | 4 | 16 | $ 90.00 | $ 105.00 | $ 195.00 |
| May 2017 14-20 | 4 | 16 | $ 90.00 | $ 120.00 | $ 210.00 |
| May 2017 21-27 | 4 | 16 | $ 90.00 | $ 99.00 | $ 189.00 |
| May 2017 28- Jun. 3 | 4 | 16 | $ 90.00 | $ 130.00 | $ 220.00 |
| Jun. 2017 04-10 | 3 | 12 | $ 70.00 | $ 90.00 | $ 160.00 |
| Jun. 2017 11-17 | 4 | 17 | $ 90.00 | $ 130.00 | $ 220.00 |
| Jun. 2017 18-24 | 4 | 17 | $ 90.00 | $ 120.00 | $ 210.00 |
| Jun 2017 25- Jul. 22 | absent | | | | |
| Jul. 2017 16-22 | 4 | 17 | $ 90.00 | $ 110.00 | $ 200.00 |
| Jul. 2017 23-29 | 2 | 8 | $ 50.00 | $ 60.00 | $ 110.00 |

## IN RE: ANA CASTILLO

| Work Week | # of Days | # of Hours | Wages | Tips | Total Paid |
|---|---|---|---|---|---|
| Jan. 2015 04-10 | 4 | 17 | $ 90.00 | $ 100.00 | $ 190.00 |
| Jan. 2015 11-17 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | $ 200.00 |
| Jan. 2015 18-24 | 4.5 | 17.5 | $ 90.00 | $ 95.00 | $ 185.00 |
| Jan. 2015 25-31 | 4.5 | 17.5 | $ 90.00 | $ 112.00 | $ 202.00 |
| Feb. 2015 01-07 | 4 | 17 | $ 90.00 | $ 115.00 | $ 205.00 |
| Feb. 2015 08-14 | 4 | 17 | $ 90.00 | $ 120.00 | $ 210.00 |
| Feb. 2015 15-21 | 4 | 17 | $ 90.00 | $ 115.00 | $ 205.00 |
| Feb. 2015 22-28 | 4 | 17 | $ 90.00 | $ 120.00 | $ 210.00 |
| Mar. 2015 01-07 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | $ 200.00 |
| Mar. 2015 08-14 | 4.5 | 17.5 | $ 90.00 | $ 113.00 | $ 203.00 |
| Mar. 2015 15-21 | 4.5 | 17.5 | $ 90.00 | $ 100.00 | $ 190.00 |
| Mar. 2015 22-28 | 4 | 17 | $ 90.00 | $ 100.00 | $ 190.00 |
| Mar. 2015 29 - Apr. 4 | 4.5 | 17.5 | $ 90.00 | $ 120.00 | $ 210.00 |
| Apr. 2015 05-11 | 4.5 | 17.5 | $ 90.00 | $ 118.00 | $ 208.00 |
| Apr. 2015 12-18 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | $ 205.00 |
| Apr. 2015 19-25 | 4.5 | 17.5 | $ 90.00 | $ 118.00 | $ 208.00 |
| Apr. 2015 26- May 2 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | $ 200.00 |

| Week | Hours | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| May 2015 03-09 | 4.5 | 17.5 | $ 90.00 | $ 119.00 | **$ 209.00** |
| May 2015 10- Aug 29 | absent | | | | |
| Aug. 2015 30 - Sept 5 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Sept. 2015 06-12 | 4.5 | 17.5 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Sept. 2015 13-19 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Sept. 2015 20-26 | 4 | 17 | $ 90.00 | $ 117.00 | **$ 207.00** |
| Sept. 2015 27- Oct. 3 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Oct. 2015 4-10 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Oct. 2015 11-17 | absent | | | | |
| Oct. 2015 18-24 | 4.5 | 17.5 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Oct. 2015 25-31 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Nov. 2015 01-07 | 4.5 | 17.5 | $ 90.00 | $ 125.00 | **$ 215.00** |
| Nov. 2015 08-14 | 4.5 | 17.5 | $ 90.00 | $ 118.00 | **$ 208.00** |
| Nov. 2015 15-21 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Nov. 2015 22-28 | 4.5 | 17.5 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Nov. 2015 29- Dec. 5 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Dec. 2015 06-12 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Dec. 2015 13-19 | 4 | 17 | $ 90.00 | $ 99.00 | **$ 189.00** |
| Dec. 2015 20-26 | 4.5 | 17.5 | $ 90.00 | $ 125.00 | **$ 215.00** |
| Dec. 2015 27- Jan. 2 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Jan. 2016 03-09 | 4 | 17 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Jan. 2016 10-16 | 4 | 17 | $ 90.00 | $ 100.00 | **$ 190.00** |
| Jan. 2016 17-23 | 4 | 17 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Jan. 2016 24-30 | 4.5 | 17.5 | $ 90.00 | $ 118.00 | **$ 208.00** |
| Jan. 2016 31- Feb. 6 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Feb. 2016 07-13 | 4.5 | 17.5 | $ 90.00 | $ 116.00 | **$ 206.00** |
| Feb. 2016 14-20 | 4.5 | 17.5 | $ 90.00 | $ 117.00 | **$ 207.00** |
| Feb. 2016 21-27 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Feb. 2016 28- Mar. 5 | 4 | 17 | $ 90.00 | $ 125.00 | **$ 215.00** |
| Mar. 2016 06-12 | 4 | 17 | $ 90.00 | $ 118.00 | **$ 208.00** |
| Mar. 2016 13-19 | 4.5 | 17.5 | $ 90.00 | $ 113.00 | **$ 203.00** |
| Mar. 2016 20-26 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Mar. 2016 27- Apr. 2 | 4 | 17 | $ 90.00 | $ 99.00 | **$ 189.00** |
| Apr. 2016 03-09 | 4 | 17 | $ 90.00 | $ 100.00 | **$ 190.00** |
| Apr. 2016 10-16 | 4 | 17 | $ 90.00 | $ 98.00 | **$ 188.00** |
| Apr. 2016 17-23 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Apr. 2016 24-30 | 4 | 17 | $ 90.00 | $ 115.00 | **$ 205.00** |
| May 2016 01-07 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| May 2016 08-14 | 4.5 | 17.5 | $ 90.00 | $ 112.00 | **$ 202.00** |
| May 2016 15-21 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |

| Week | Hours/day | Hours/week | Rate | Amount | Total |
|---|---|---|---|---|---|
| May 2016 22-28 | 4.5 | 17.5 | $ 90.00 | $ 114.00 | **$ 204.00** |
| May 2016 29- Jun. 4 | 4.5 | 17.5 | $ 90.00 | $ 113.00 | **$ 203.00** |
| Jun. 2016 05-11 | 4.5 | 17.5 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Jun. 2016 12-18 | 4 | 17 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Jun. 2016 19-25 | 4 | 17 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Jun. 2016 26- Jul. 2 | 4 | 17 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Jul. 2016 03-09 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Jul. 2016 10-16 | 4 | 17 | $ 90.00 | $ 125.00 | **$ 215.00** |
| Jul. 2016 17-23 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Jul. 2016 24-30 | 4 | 17 | $ 90.00 | $ 121.00 | **$ 211.00** |
| Aug. 2016 01-06 | 4 | 17 | $ 90.00 | $ 119.00 | **$ 209.00** |
| Aug. 2016 07-13 | 4 | 17 | $ 90.00 | $ 120.00 | **$ 210.00** |
| Aug. 2016 14-20 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Aug. 2016 21-27 | 4.5 | 17.5 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Aug. 2016 28- Sept. 3 | 4 | 17 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Sept. 2016 04-10 | 4 | 17 | $ 90.00 | $ 99.00 | **$ 189.00** |
| Sept. 2016 11-17 | 4 | 17 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Sept. 2016 18-24 | 4.5 | 17.5 | $ 90.00 | $ 112.00 | **$ 202.00** |
| Sept. 2016 25- Oct. 1 | 4.5 | 17.5 | $ 90.00 | $ 115.00 | **$ 205.00** |
| Oct. 2016 02-08 | 4.5 | 17.5 | $ 90.00 | $ 110.00 | **$ 200.00** |
| Oct. 2016 09-15 | absent | | | | |
| Oct. 2016 16-22 | 4.5 | 17.5 | $ 90.00 | $ 125.00 | **$ 215.00** |
| Oct. 2016 23-29 | 4.5 | 17.5 | $ 90.00 | $ 130.00 | **$ 220.00** |
| Oct. 2016 30- Nov. 5 | 4.5 | 17.5 | $ 90.00 | $ 135.00 | **$ 225.00** |
| Nov. 2016 06-12 | 4.5 | 17.5 | $ 90.00 | $ 121.00 | **$ 211.00** |
| Nov. 2016 13-19 | 4.5 | 17.5 | $ 90.00 | $ 120.00 | **$ 210.00** |

DATED: <u>DECEMBER 20, 2017</u>.

                                                        Respectfully submitted,

                                      By:    _/S/ARTHUR J JONES_____
                                                    Arthur J. Jones, Esq.
                                                    Florida Bar No. 709247
                                                    THE ARTHUR FIRM, P.L.
                                                    Suite 1250, 4770 Biscayne Boulevard
                                                    Miami, FL 33137
                                                    T: (305) 330.6696
                                                    F: (305) 397.0315
                                                    thearthurfirm@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on DECEMBER 20, 2017, I electronically filed the foregoing document with the Clerk of the US Court suing CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for the counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            /S/ARTHUR J JONES__
                                            Arthur J. Jones, Esq.

**SERVICE LIST**

*Attorneys for Plaintiffs*
JH Zidell, PA
300 71st ST, Suite 605
Miami Beach, FL 33141
zabogado@aol.com