UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24081-CIV-KMW

OMELIA DEL ROSARIO GUTIERREZ,          )
ANA M CASTILLO, and all others similarly  )
situated under 29 U.S.C. 216(b)           )
                                          )
            Plaintiff,                    )
    vs.                                   )
                                          )
                                          )
GALIANO ENTERPRISES OF MIAMI,            )
CORP., d/b/a GALIANO RESTAURANT           )
SULTAN MAMUN,                            )
                                          )
            Defendants.                   )
_____       )

### PLAINTIFFS' MOTION SEEKING LEAVE TO FILE AND SERVE THIRD AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15 and Southern Local Rule 15.1, Plaintiffs request entry of an order granting the above-described Motion for Leave to Amend, and as grounds thereof state as follows:

1. On November 7, 2017, Plaintiff, OMELIA DEL ROSARIO GUTIERREZ, filed her initial Complaint [DE1] sounding under the Fair Labor Standards Act ("FLSA") for overtime and minimum wage violations.

2. Thereafter, on November 22, 2017, Plaintiff, ANA M CASTILLO, was added to the instant lawsuit as a party-Plaintiff also sounding under the FLSA for overtime and minimum wage violations. [DE11].

3. As set forth in [DE11, FN1], the First Amended Complaint [DE1] was filed pursuant to Fed. R. Civ. P. 15(a)(1)(B). Per the rule, a party may amend its pleading once as a matter of course within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b),(e), or (f), whichever is earlier, if the pleading is one which

requires a responsive pleading. Fed. R. Civ. P. 15(a)(1)(B). Defendants had not filed a responsive pleading or served a motion under Rule 12(b), (e), or (f) at the time of filing the First Amended Complaint [DE11].

4. In addition to her FLSA claims, Plaintiffs have claims for minimum wage violations under Florida State Law, Florida Statute § 448.110.

5. Thereafter, on January 22, 2018, Plaintiffs were granted leave to add Plaintiffs claims for minimum wage violations under Florida State Law, Florida Statute § 448.110. [DE23]. Plaintiffs' Second Amended Complaint [DE22] was filed that same day.

6. Plaintiff now wishes to add the claims of CECILA RAMIREZ BRITO alleging unpaid overtime wage violations under 29 U.S.C. 201-216 and minimum wage violations against Defendants, jointly and severally.

7. Adding the additional claims of CECILA RAMIREZ BRITO is proper under Fed. R. Civ. P. 20(a)(1)(A) and (B) as CECILA RAMIREZ BRITO assert claims arising out of the same series of transactions or occurrences as Plaintiffs, have similar job titles as Plaintiffs, worked for Defendants for overlapping time periods, and there are questions of law or fact in common to CECILA RAMIREZ BRITO. *See* Fed. R. Civ. P. 20(a)(1)(A) and (B).[1]

"Plainly, the central purpose of Rule 20 is to promote trial convenience and expedite the

---

[1] Fed. R.Civ. P. Rule 20 states as follows:

> Permissive Joinder of Parties
> (a) PERSONS WHO MAY JOIN OR BE JOINED.
> (1) *Plaintiffs.* Persons may join in one action as plaintiffs if:
> (A) they assert any right to relief jointly, severally, or in the
> alternative with respect to or arising out of the same transaction,
> occurrence, or series of transactions or
> occurrences; and
> (B) any question of law or fact common to all plaintiffs will arise
> in the action.

resolution of disputes, thereby eliminating unnecessary lawsuits." *Alexander v, Fulton Cty.*, Ga., 207 F.3d 1303, 1323 (11th Cir. 2000), *overruled on other grounds by Manders v. Lee*, 338 F.3d 1304 (11th Cir. 2003).

8. Adding said claims would serve judicial economy as CECILA RAMIREZ BRITO would not be required to file a separate action for the identical issues. Allowing CECILA RAMIREZ BRITO to be added to the instant lawsuit would place less of a burden on the Court system and would fall in line with the intent of the Fair Labor Standards Act ("FLSA").

9. **No depositions have been taken to date and a settlement conference is set with the Honorable Magistrate Judge Edwin G. Torres for February 8, 2018 at 1:30 p.m. As of the date of the filing of the instant Motion, a date for Plaintiffs and/or Defendants deposition has not yet been coordinated. Initial discovery has not been propounded and responded to by each Party and there is no Scheduling Order as of the date of this filing. Therefore, Defendants will not be prejudiced by the requested relief.** Herein, Plaintiff has explained his good faith basis to permit the requested relief.

10. Therefore, Plaintiff herewith moves this Court to add CECILA RAMIREZ BRITO who wishes to join as party-Plaintiff to the instant lawsuit and to deem Plaintiff's Third Amended lawsuit filed.

11. Plaintiff intends to file this action in Federal Court should this Motion not be granted thereby resulting in separate lawsuits, with different judges presiding over claims that come from a common nucleus of facts. This will cause both sides to accrue additional attorneys' fees and costs unnecessarily. This will also split the action in two and may

result in conflicting Jury verdicts, should the case proceed through to Trial. It would

benefit judicial economy as well as the Parties for the instant Motion to be granted.

12. This Motion is not being filed for purposes of delay and allowing the above amendments

would benefit the Court as it necessary and important in this stage to include all claims in

this matter.

13. Further, the Court has not yet entered a Scheduling Order and, as such, no deadline shall

be affected and the deadline to amend has not yet passed. Thus, the instant Motion is

timely.

14. A copy of the Third Amended Complaint Plaintiff intends to file is attached.

## MEMORANDUM OF LAW

Pursuant to Fed. R. Civ. P. 15(a)(2), the court shall grant leave to amend freely when justice

so requires. It would serve justice to be sure all potential claims are included. Furthermore,

amending the complaint to include an additional would not be burdensome to any factual discovery

as it involves many of the same facts the FLSA claims involve nor would it hinder any scheduling

matters as it is still early in the case and no Scheduling Order has been entered to date, therefore

no deadline to amend has passed. Pursuant to SDLR 15.1, Plaintiffs herewith attach the proposed

Third Amended Complaint.

WHEREFORE PLAINTIFFS RESPECTFULLY REQUEST THAT THIS HONORABLE

COURT GRANT THIS MOTION FOR LEAVE TO AMEND AND ORDER DEFENDANTS TO

FILE THEIR ANSWER(S) OR OTHER RESPONSIVE PLEADING(S) TO PLAINTIFFS'

THIRD AMENDED COMPLAINT WITHIN 14 DAYS OF THIS ORDER.

## CERTIFICATE OF CONFERRAL

Defendants oppose the instant Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/30/18 TO:**

**ARTHUR JONATHAN JONES, ESQ.
ARTHUR FIRM PL
4770 BISCAYNE BOULEVARD, SUITE 1250
MIAMI, FL 33137
305-330-6696
FAX: 305-397-0315
EMAIL: THE.ARTHUR.FIRM@GMAIL.COM**

    **BY:_____/s/ Neil Tobak_____
    NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24081-CIV-KMW

OMELIA DEL ROSARIO GUTIERREZ,      )
ANA M CASTILLO, and all others similarly   )
situated under 29 U.S.C. 216(b)         )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )
                                        )
                                        )
GALIANO ENTERPRISES OF MIAMI,           )
CORP., d/b/a GALIANO RESTAURANT         )
SULTAN MAMUN,                           )
                                        )
            Defendants.                 )
_____    )

## ORDER GRANTING PLAINTIFFS' MOTION SEEKING LEAVE TO FILE AND SERVE SECOND AMENDED COMPLAINT

This cause, having come before the Court on Plaintiffs' Motion, and the Court being duly advised in the premises, it is ORDERED, and ADJUDGED that said motion is granted and therefore:

PLAINTIFFS' SECOND AMENDED COMPLAINT ATTACHED TO THE PLAINTIFFS' MOTION IS HEREBY DEEMED FILED AND DEFENDANTS SHALL FILE THEIR ANSWER(S) OR OTHER RESPONSIVE PLEADING(S) TO PLAINTIFFS' SECOND AMENDED COMPLAINT WITHIN 14 DAYS OF THIS ORDER.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record