**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Miami Division)**
**CASE NO.:17-24081-CIV-WILLIAMS**

OMELIA DEL ROSARIO GUTIERRZ,
ANA M. CASTILLO, and all others
similarly situated under 29 USC 216(b),
        Plaintiff,
vs.

GALIANO ENTERPRISES OF MIAMI, CORP.,
d/b/a GALIANO RESTAURANT, and
SULTAN MAMUN,
        Defendants,
_____/

## MOTION TO STAY REQUIREMENT FOR RESPONSIVE PLEADING

## TO AMENDED COMPLAINTS

COME NOW DEFENDANTS GALIANO ENTERPRISES OF MIAMI CORP and SULTAN MAMUN to move this Honorable Court, under Rule 15(a)(3), to stay the requirement for Defendants to respond to amended complaints or to, alternatively, extend the time for Defendants to respond to the same based upon the following grounds:

1. Pending at this juncture is Plaintiff's Amended Complaint.

2. Plaintiffs have now filed a motion to file a Second Amended Complaint to add an additional party, Cecilia Brito, for federal FLSA claims.

3. Defendants anticipate, and Plaintiffs do not deny, that Plaintiff will later seek to file a Third Amended Complaint to add state wages claims for Ms Brito, once the condition precedent to filing such claims has transpired. Indeed, that was the procedure followed by the earlier Plaintiff.

4. By rule, Defendant had 14 days to respond to the pending iteration of the Complaint.

However, it is a waste of time for Defendants to respond to each iteration while all parties know fully well that yet another response will be due when the condition precedent have transpired.

5. Thus Defendants seek a court ruling staying their 14 day window to respond until after the last claims by each of the three plaintiffs have been filed, such that the 14 day window would begin on the day of that last filing by Ms Brito.

6. Finally, Defendants ask that the Court consider that to compel them to abide the rule in this instance unduly forces Defendant to incur unnecessary fees in the face of certain duplicative work.

7. Plaintiffs have expressed an objection to this motion.

## **MEMORANDUM OF LAW**

Rule 15(a)(3) requires a response to an amended pleading to be filed within 14 days after such filing *"unless the court orders otherwise"*. The consequence of such language in the rule is a grant of discretion to the trial court to alter that time period. Defendant's submit that under these circumstances, good cause exists for this Court to so alter the time period by either staying the commencement of the 14 day window until all of Ms Brito's claims have been filed or extending the expiration of the time period to respond to amended complaints until the 14th day after Ms Brito has filed both her federal and state claims.

WHEREFORE Defendants respectfully request that this Honorable Court either stay the commencement of the 14 day window to respond to Plaintiffs' amended complaints until all of Ms Brito's federal and state claims have been filed or extend the expiration of the time period to

respond to amended complaints until the 14th day after Ms Brito has filed both her federal and state claims.

DATED: FEBRUARY 8, 2018.

                        Respectfully submitted,

By:    /S/ARTHUR J JONES_____
      Arthur J. Jones, Esq.
      Florida Bar No. 709247
      THE ARTHUR FIRM, P.L.
      Suite 1250, 4770 Biscayne Boulevard
      Miami, FL 33137
      T: (305) 330.6696
      F: (305) 397.0315
      thearthurfirm@gmail.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT on FEBRUARY 8, 2018, I electronically filed the foregoing document with the Clerk of the US Court suing CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for the counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        /S/ARTHUR J JONES_____
                        Arthur J. Jones, Esq.

**SERVICE LIST**
*Attorneys for Plaintiffs*
JH Zidell, PA
300 71st ST, Suite 605
Miami Beach, FL 33141
zabogado@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
CASE NO.:17-24081-CIV-WILLIAMS

OMELIA DEL ROSARIO GUTIERRZ,
ANA M. CASTILLO, and all others
similarly situated under 29 USC 216(b),
        Plaintiff,
vs.

GALIANO ENTERPRISES OF MIAMI, CORP.,
d/b/a GALIANO RESTAURANT, and
SULTAN MAMUN,
        Defendants,
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO STAY REQUIREMENT FOR RESPONSIVE PLEADING TO AMENDED COMPLAINTS

THIS CAUSE having come before the Court upon Defendants' Motion to Stay Requirement for Responsive Pleading to Amended Complaints, and the Court being otherwise duly advised of the premises, it is hereby ORDERED and ADJUDGED that the motion is GRANTED and

The 14 day time period for Defendant's to respond to Plaintiffs' amended complaints pursuant to Rule 15 shall not commence until all of Cecilia Brito's federal and state claims have been filed with the Clerk of the Court.

DONE AND ORDERED in Chambers in Miami-Dade County on this ___ day of February 2018.

                                                        _____
                                                        THE HON. KATHLEEN M. WILLIAMS
                                                        UNITED STATES DISTRICT COURT JUDGE