UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24081-CIV-KMW/EGT

OMELIA DEL ROSARIO GUTIERREZ, )
ANA M CASTILLO, CECILA RAMIREZ )
BRITO, and all others similarly situated under )
29 U.S.C. 216(b) )
                                        Plaintiff, )
   vs. )
 )
GALIANO ENTERPRISES OF MIAMI, )
CORP., d/b/a GALIANO RESTAURANT, )
SULTAN MAMUN, )
 )
                                   Defendants. )
_____)

## **JOINT STIPULATION TO NARROW THE ISSUES FOR JURY TRIAL**

IT IS HEREBY STIPULATED AND AGREED by and between Counsel for the Plaintiffs and Defendants (collectively Plaintiffs and Defendants are herein referred to as the "Parties"):

All Parties stipulate that FLSA enterprise coverage/subject matter jurisdiction exists, specifically interstate commerce, as to the Corporate Defendant, GALIANO ENTERPRISES OF MIAMI, CORP., d/b/a GALIANO RESTAURANT, for the relevant time period, specifically the years 2011, 2012, 2013, 2014, 2015, 2016, and 2017. Therefore, the Parties agree no further discovery is necessary regarding the Corporate Defendant's interstate commerce with regards to the issue of FLSA enterprise coverage/subject matter jurisdiction for the relevant time period, specifically the years 2011, 2012, 2013, 2014, 2015, 2016, and 2017.

Respectfully Submitted,

Dated this 12th day of February, 2018.

| | |
|---|---|
| By: */s/ Rivkah F. Jaff, Esq.* <br> Rivkah F. Jaff, Esq. <br> Fla. Bar No. 107511 <br> Email: Rivkah.Jaff@gmail.com <br> J.H. ZIDELL, P.A. <br> 300 71st Street, Suite 605 <br> Miami Beach, FL 33141 <br> Telephone: (305) 865-6766 <br> Facsimile: (305) 865-7167 <br> *Attorney for Plaintiffs* | By: */s/ Arthur J. Jones, Esq.* <br> Arthur J. Jones, Esq. <br> Fla. Bar. No.: <br> Email: The.Arthur,Firm@gmail.com <br> Arthur Firm PL <br> 4770 Biscayne Boulevard, Suite 1250 <br> Miami, FL 33137 <br> Telephone: (305) 330-6696 <br> Facsimile: (305) 397-0315 <br> *Attorneys for Defendants* |