UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24081-CIV-KMW/EGT

OMELIA DEL ROSARIO GUTIERREZ, )
ANA M CASTILLO, CECILA RAMIREZ )
BRITO, and all others similarly situated under )
29 U.S.C. 216(b) )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff, )
vs. )
　　　　　　　　　　　　　　　　　　　　 )
GALIANO ENTERPRISES OF MIAMI, )
CORP., d/b/a GALIANO RESTAURANT, )
SULTAN MAMUN, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants. )
_____ )

## JOINT STATUS REPORT IN COMPLIANCE WITH [DE46]

The Parties, by and through undersigned counsel, hereby file this Joint Status Report in compliance with [DE46]. The Parties respectfully propose the following (3) dates for a specially set trial:

7/22/19;

8/5/19;

8/19/19.

Respectfully Submitted,

Dated this 22nd day of May, 2018.

By: */s/ Rivkah F. Jaff, Esq.*
　　Rivkah F. Jaff, Esq.
　　Fla. Bar No. 107511
　　Email: Rivkah.Jaff@gmail.com
　　J.H. ZIDELL, P.A.
　　300 71st Street, Suite 605
　　Miami Beach, FL 33141
　　Telephone: (305) 865-6766
　　Facsimile: (305) 865-7167

By: */s/ Arthur J. Jones, Esq.*
　　Arthur J. Jones, Esq.
　　Fla. Bar. No.:
　　Email: The.Arthur,Firm@gmail.com
　　Arthur Firm PL
　　4770 Biscayne Boulevard, Suite 1250
　　Miami, FL 33137
　　Telephone: (305) 330-6696
　　Facsimile: (305) 397-0315

*Attorney for Plaintiffs* *Attorneys for Defendants*