**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:17-cv-24081-EGT

OMELIA DEL ROSARIO GUTIERREZ,
ANA M. CASTILLO, CECILA RAMIREZ
BRITO, and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

GALIANO ENTERPRISES OF MIAMI,
CORP., d/b/a GALIANO RESTAURANT,
SULTAN MAMUN,

    Defendants.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY stipulated by and between the undersigned counsel that Adi Amit, Esq., be substituted as counsel of record for Defendants, GALIANO ENTERPRISES OF MIAMI, CORP., d/b/a GALIANO RESTAURANT, SULTAN MAMUN, in place of Arthur J. Jones, Esq. and the law offices of The Arthur Firm PL and that service of all pleadings, notices and other papers in this matter be sent to Adi Amit, Esq.

    Dated: June 5, 2018

| | |
|---|---|
| */s/ Arthur J Jones* | */s/ Adi Amit* |
| Arthur J. Jones, Esq. | Adi Amit, Esq. |
| Florida Bar No. 0709247 | Florida Bar No. 35257 |
| Law Offices of Arthur Firm PL | LUBELL & ROSEN, LLC |
| 4770 Biscayne Blvd. Suite 1250 | 200 S. Andrews Ave, Suite 900 |
| Miami, FL 33137 | Fort Lauderdale, FL 33301 |
| thearthurfirm@gmail.com | adi@lubellrosen.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Omelia Del Rosario Gutierrez, et al v. Galiano Enterprises of Miami, Corp. Et al*
S.D. Fla. Case No. 1:17-cv-24081-EGT

| | |
|---|---|
| Neil Tobak, Esquire | Adi Amit, Esquire |
| Rivkah Fay Jaff, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | adi@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| Ntobak.zidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |