**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:17-cv-24081-EGT

OMELIA DEL ROSARIO GUTIERREZ,
ANA M. CASTILLO, CECILA RAMIREZ
BRITO, and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

GALIANO ENTERPRISES OF MIAMI,
CORP., d/b/a GALIANO RESTAURANT,
SULTAN MAMUN,

    Defendants.
_____/

**NOTICE OF HEARING BEFORE UNITED STATES MAGISTRATE
JUDGE EDWIN G. TORRES**

    PLEASE TAKE NOTICE that a discovery hearing is set for Friday, September 14, 2018 at 1:30 p.m., before the Honorable Magistrate Edwin G. Torres, James Lawrence King Federal Justice Building 99 N.E. Fourth Street Courtroom #5, Chambers 1027, Miami, FL 33132 on the following matters:

1. Plaintiff's Objections to the Defendants Requests for Production.

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

    The undersigned hereby certifies that Defense Counsel has conferred with Plaintiffs' Counsel multiple times via email in an attempt to resolve this discovery dispute without court intervention. Said attempts have been unsuccessful.

Respectfully submitted, this 9th day of August 2018.

                                          LUBELL & ROSEN, LLC
*Attorneys for Defendant*
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail: Adi@lubellrosen.com

By: *s/Adi Amit*
      Adi Amit, Esquire
      Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/ *Adi Amit*
                                          Adi Amit

## SERVICE LIST

*Omelia Del Rosario Gutierrez, et al v. Galiano Enterprises of Miami, Corp. Et al*
S.D. Fla. Case No. 1:17-cv-24081-EGT

| | |
|---|---|
| Neil Tobak, Esquire | Adi Amit, Esquire |
| Rivkah Fay Jaff, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | adi@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendant* |
| Rivkah.Jaff@gmail.com | |
| Ntobak.zidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |